## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                           Chapter: 13

    Elaine M Dorsey

              Debtor(s)            Bankruptcy No: 20−13825−mdc

### *O R D E R*

**AND NOW,** this 24th day of September 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 10/7/2020
    Chapter 13 Plan due by 10/7/2020
    Schedules AB−J due 10/7/2020
    Statement of Financial Affairs due 10/7/2020
    Summary of Assets and Liabilities Form B106 due 10/7/2020
    Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 10/7/2020
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Perod Form 122C−1 Due 10/7/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130